# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| THI OF NEVADA AT LAS VEGAS I, LLC, A DELAWARE CORPORATION, D/B/A HARMON MEDICAL AND REHABILITATION CENTER, <br>       Appellant, <br> vs. <br> ESTATE OF GLENN CLOUGH BY AND THROUGH ITS SPECIAL CO-ADMINISTRATORS, PENNY FOLEY AND SHARON NAGEL; PENNY FOLEY, AN INDIVIDUAL; AND SHARON NAGEL, AN INDIVIDUAL, <br>       Respondents. | No. 71607 <br><br> **FILED** <br><br> MAY 1 1 2017 <br><br> ELIZABETH A. BROWN <br> CLERK OF SUPREME COURT <br> BY S. Young <br> DEPUTY CLERK |
| THI OF NEVADA AT LAS VEGAS I, LLC, A DELAWARE CORPORATION, D/B/A HARMON MEDICAL AND REHABILITATION CENTER, <br>       Appellant, <br> vs. <br> ESTATE OF GLENN CLOUGH, BY AND THROUGH ITS SPECIAL CO-ADMINISTRATORS, PENNY FOLEY AND SHARON NAGEL; PENNY FOLEY, AN INDIVIDUAL; AND SHARON NAGEL, AN INDIVIDUAL, <br>       Respondents. | No. 71754 |
| THI OF NEVADA AT LAS VEGAS I, LLC, A DELAWARE CORPORATION, D/B/A HARMON MEDICAL AND REHABILITATION CENTER, <br>       Appellant, <br> vs. <br> ESTATE OF GLENN CLOUGH, BY | No. 72008 |

AND THROUGH ITS SPECIAL CO-
ADMINISTRATORS, PENNY FOLEY
AND SHARON NAGEL; PENNY
FOLEY, AN INDIVIDUAL; AND
SHARON NAGEL, AN INDIVIDUAL,
     Respondents.

## ORDER DISMISSING APPEALS

These are consolidated appeals from a district court order confirming an arbitration award, a judgment on an arbitration award, and an amended judgment on an arbitration award. Eighth Judicial District Court, Clark County; Timothy C. Williams, Judge.

Appellant previously filed a notice informing this court that he removed this case to the United States District Court for the District of Nevada. Attached to the notice was an unfiled copy of a notice of removal. We directed appellant's counsel, Robert Rourke, to provide this court with a file-stamped copy of the notice of removal or otherwise inform this court, in writing, of the status of this case. When Mr. Rourke failed to comply, we again ordered him to provide this court with a file-stamped copy of the notice of removal or otherwise inform this court, in writing, of the status of this case. Mr. Rourke did not comply.

We admonish Mr. Rourke for failing to comply with our orders. Nevertheless, we have reviewed the docket sheet of the United States District Court for the District of Nevada and it appears that a petition for removal was filed on January 31, 2017. Under 28 U.S.C. § 1446(d), after the filing of a notice of removal, and notice to this court of its filing, "the State court shall proceed no further unless and until the case is remanded." To avoid having these appeals linger on our docket, we

 

dismiss these appeals without prejudice to their reinstatement upon remand from the federal district court.

It is so ORDERED.

_____, J.
Douglas

_____, J.　　　　_____, J.
Gibbons　　　　　　　　　　　　　　Pickering

cc:　Hon. Timothy C. Williams, District Judge
　　　Lansford W. Levitt, Settlement Judge
　　　Rourke Law Firm
　　　Atkinson Watkins & Hoffmann LLP
　　　Eighth District Court Clerk